*Judge Pauley*   **10 CIV 5852**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT ROSE,

                Plaintiff,

-against-

DIVERSIFIED CONSULTANTS, INC.

                Defendant(s).
-----------------------------------------------------------------X

Civil Action No:

**RECEIVED AUG 03 2010 S.D.C. S.D.N.Y. CASHIERS**

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

Plaintiff ROBERT ROSE ("Plaintiff"), by and through his attorneys, M. Harvey Rephen & Associates, P.C., as and for its Complaint against the Defendant DIVERSIFIED CONSULTANTS INC. ("DCI") hereinafter referred to as Defendant(s)"), respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action on his own behalf for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of §1692 et seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

## PARTIES

2. Plaintiff is a resident of the State of New York, residing at 182 Sword Ave., Bronx, N.Y. 10473.

3. Defendant DIVERSIFIED CONSULTANTS INC. is a company organized in Florida with it's main office at 10550 Deerwood Park Ave., Suite 309, Jacksonville, Florida